AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

| | | |
|---|---|---|
| CHARLOTTE BERGDOLL, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:08-CV-1879 |
| THE CITY OF YORK, et al,, | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ____________________ recover from the defendant *(name)* ____________________ the amount of ____________________ dollars ($ ________ ), which includes prejudgment interest at the rate of ________ %, plus postjudgment interest at the rate of ________ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____________________ recover costs from the plaintiff *(name)* ____________________ .

☑ other: Judgment is entered in favor of Defendant, Officer Andy Baez and against Plaintiff, Charlotte Bergdoll.

This action was *(check one)*:

☑ tried by a jury with Judge A. Richard Caputo presiding, and the jury has rendered a verdict.

❒ tried by Judge ____________________ without a jury and the above decision was reached.

❒ decided by Judge ____________________ on a motion for Summary Judgment.

Date: 11/29/2011

*CLERK OF COURT*

/s/ Judith A. Malave

*Signature of Clerk or Deputy Clerk*