**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CHARLOTTE BERGDOLL,

    Plaintiff,

        v.

CITY OF YORK, THE HONORABLE JOHN S. BRENNER, MAYOR, Individually and as Mayor for the City of York, MARK L. WHITMAN, Individually and as Police Commissioner for the City of York, WESLEY KAHLEY, Individually and as Police Captain of Operations for the City of York, POLICE OFFICER A. BAEZ, Individually and as a Police Officer for the City of York, COUNTY OF YORK, H. STANLEY REBERT, Individually and as District Attorney for the County of York,

    Defendants.

CIVIL ACTION NO. 3:CV-08-1879

(JUDGE CAPUTO)

## ORDER

**NOW**, this 24th day of May, 2013, **IT IS HEREBY ORDERED** that:

(1) Defendants City of York, Mark L. Whitman, and Wesley Kahley's Motion for Attorney's Fees Pursuant to 42 U.S.C. § 1988 (Doc. 126) **is DENIED**.

(2) Defendants County of York and H. Stanley Rebert's Motion for Attorney's Fees Pursuant to 42 U.S.C. § 1988 (Doc. 144) **is DENIED**.

                                              /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge